Defendant's claimed privileged emails

| Bates | Date | From/To | Subject | Privilege |
|---|---|---|---|---|
| 076788 | 6-3-05 | Abel to O'D | sales training update | A-C/P |
| 076789 | 6-8-05 | Abel to O'D | legal issues | A-C |
| 078445 | | Abel to Marsh | legal issues | WP |
| 076790 | 6-14-05 | Abel to Richardson | legal issues | A-C/P |
| 078446 | | Abel to Scott | legal issues | A-C/P |
| 076723 | 8-2-05 | O'D to Abel | legal issues | A-C |
| 076725 | | O'D to Abel | legal strategy | A-C |
| 078440 | | Abel to O'D | legal matters | A-C |
| 078442 | | Abel to O'D | mtg re: legal issues | A-C/P |
| 076727 | 8-3-05 | O'D to Abel | legal strategy | A-C |
| 076730 | | O'D to Abel | legal strategy | A-C |
| 076733 | 8-8-05 | O'D to Rogers & Abel | legal strategy | A-C |
| 076734 | 8-9-05 | O'D to Abel | legal strategy | A-C |
| 076736 | | O'D to Abel | legal strategy | A-C |
| 076738 | 8-15-05 | O'D to Rogers & Abel | mtg re: legal strategy | A-C |
| 076740 | | Rogers to Abel | mtg re: legal strategy | A-C |
| 078420 | | Abel to Rogers | mtg re: EEOC charge | WP |
| 078443 | | Abel to O'D | mtg re: legal issues | A-C |
| 078348 | 8-17-05 | Abel to O'D | legal issues/R invest | A-C |
| 076741 | 8-18-05 | Patrick to O'D | info for settlement eval | A-C |
| 078444 | | Abel to O'D | legal issues | A-C |
| 078459 | | Patrick to O'D | info for settlement eval | A-C |
| 076743 | 8-19-05 | O'D to Abel | legal strategy | A-C |
| 076745 | | O'D to Rogers | mtg re: legal strategy | A-C |
| 076747 | | O'D to Abel | legal strategy | A-C |
| 076783 | | Rogers to O'D | pltf atty corresp | A-C |
| 076785 | | Abel to O'D | pltf atty corresp | A-C |
| 078349 | | Abel to O'D | legal issues/R invest | A-C |
| 078421 | | Abel to Abel | EEOC charge | A-C/P |
| 076748 | 8-22-05 | O'D to Abel & Rogers | legal issues | A-C |
| 076751 | | O'D to Rogers | mtg re: legal strategy | A-C |

**EXHIBIT A**

| Bates | Date | From/To | Description | Privilege |
|---|---|---|---|---|
| 076752 | 8-30-05 | O'D to Abel | pltf atty corresp | A-C |
| 076781 | | Abel to O'D | pltf atty corresp | A-C |
| 078438 | | Abel to O'D | Richardson invest | A-C/P |
| 076753 | 8-31-05 | O'D to Abel | memo re: legal issues | A-C |
| 076754 | | O'D to Abel | memo re: legal issues | A-C |
| 078439 | | Abel to O'D | legal issues | A-C |
| 076755 | 9-1-05 | O'D to Abel & Rogers | memo re: legal issues | A-C |
| 076756 | 9-6-05 | O'D to Abel | memo re: legal issues | A-C |
| 076757 | 9-7-05 | O'D to Abel | pltf atty corresp | A-C |
| 076787 | | Abel to O'D | sales training update | A-C/P |
| 078351 | | Abel to O'D | invest of legal issues | A-C |
| 076758 | 9-8-05 | O'D to Abel | memo re: legal issues | A-C |
| 076759 | | Barth to O'D & Abel | memo re: legal issues | A-C |
| 076760 | | Barth to Abel & O'D | memo re: legal issues | A-C |
| 076761 | | O'D to Abel | pltf atty corresp | A-C |
| 076763 | 9-12-05 | O'D to Abel | pltf atty corresp | A-C |
| 076776 | 9-13-05 | Abel to O'D | pltf atty corresp | A-C |
| 076768 | 9-14-05 | O'D to Rogers | Richardson term | WP |
| 078434 | | Abel to O'D | Richardson term | A-C |
| 076771 | 9-30-05 | O'D to Abel | legal issues | A-C |
| 078352 | | Abel to O'D | legal issues | A-C |
| 078436 | | Abel to O'D | sales training update | A-C |
| 078433 | 10-3-05 | Abel to O'D | sales training issues | A-C |
| 076773 | 10-19-05 | O'D to Abel | legal strategy | A-C |
| 076774 | | O'D to Abel | legal strategy | A-C |
| 076791 | 1-4-06 | Kline to Abel | EEOC charge | A-C |
| 076793 | 1-26-06 | Abel to Kline | EEOC charge | A-C |
| 076796 | | Abel to Kline | EEOC charge | A-C |
| 076797 | 2-1-06 | Milton to Kline & Abel | legal issues | A-C |
| 076798 | | Kline to Milton | legal strategy | A-C |
| 076800 | | Kline to Milton | sales training update | A-C/P |

| Bates | Date | From/To | Subject | Privilege |
|---|---|---|---|---|
| 076802 | 2-2-06 | Abel to Kline | sales training update | A-C/P |
| 076804 | | Kline to Abel | sales training update | A-C/P |
| 076808 | 2-3-06 | Kline to Abel & Milton | EEOC charge | A-C |
| 076809 | | Milton to Kline & Abel | EEOC charge | A-C |
| 076810 | | Abel to Kline | EEOC charge | A-C |
| 076811 | | Kline to Abel | EEOC charge | A-C |
| 077844 | | Abel to Kline | knee training update | WP |
| 076812 | 2-28-06 | Kline to Abel | settlement demand analysis | A-C |
| 077845 | | Abel to Kline | settlement demand analysis | A-C |
| 076813 | 3-1-06 | Kline to Abel | settlement demand analysis | A-C |
| 076815 | | Kline to Abel | settlement demand analysis | A-C |
| 076816 | | Kline to Abel | settlement demand analysis | A-C |
| 076817 | | Kline to Abel | settlement demand analysis | A-C |
| 077846 | | Abel to Kline | settlement demand analysis | A-C |
| 076819 | 3-3-06 | Kline to Abel | info for settlement eval | A-C |
| 077848 | | Abel to Kline | settlement demand analysis | A-C |
| 076820 | 3-9-06 | Barth to Abel & Kline | info for settlement eval | A-C/P |
| 076821 | | Kline to Barth | info for settlement eval | A-C/P |
| 076822 | 3-10-06 | Kline to Abel | settlement demand analysis | A-C |
| 076823 | | Barth to Kline | mtg re: legal issues | A-C |
| 076824 | | Kline to Barth | mtg re: legal issues | A-C |
| 077850 | | Abel to Kline | settlement demand analysis | A-C |
| 078423 | | Abel to Rogers | settlement demand analysis | A-C/P |
| 078448 | | Rogers to Abel | settlement demand analysis | WP |
| 076826 | 3-17-06 | Kline to Abel | settlement offer | A-C |
| 077852 | | Abel to Kline | settlement demand analysis | A-C |
| 076827 | 3-27-06 | Kline to Abel | settlement demand | A-C |
| 076828 | 4-26-06 | Kline to Abel | settlement analysis | A-C |
| 077851 | | Abel to Kline | settlement demand analysis | A-C |
| 076829 | 5-12-06 | Kline to Abel | legal strategy | A-C |
| 077849 | | Abel to Kline | status update | A-C |
| 076830 | 5-16-06 | Kline to Abel | legal strategy | A-C |
| 078424 | 5-30-06 | Abel to Conley | complaint | WP |

| | | | | |
|---|---|---|---|---|
| 076841 | 6-22-06 | Elliott to Royster | deposition | WP |
| 077885 | | Royster to Elliott | deposition | WP |
| 076842 | 6-23-06 | Elliott to Royster | deposition | WP |
| 076843 | | Royster to Elliott | deposition | WP |
| 076844 | | Elliott to Royster | deposition | WP |
| 077886 | | Royster to Elliott | deposition | WP |
| 077887 | | Royster to Elliott | deposition | WP |
| 076846 | 6-26-06 | Royster to Cline & Elliott | deposition | WP |
| 076847 | | Saxon to Royster | deposition | WP |
| 076848 | | Saxon to Royster | deposition | WP |
| 076849 | | Elliott to Royster | deposition | WP |
| 077890 | | Royster to Saxon | deposition | WP |
| 077891 | | Royster to Elliott | deposition | WP |
| 077949 | | Saxon to Royster | deposition | WP |
| 076853 | 6-27-06 | Saxon to Royster | deposition | WP |
| 077893 | | Royster to Saxon | deposition | WP |
| 078467 | 7-5-06 | Zook to Smith | discovery docs | WP |
| 078468 | | Smith to Abel | discovery docs | WP |
| 078469 | 7-6-06 | Silva to Abel | info for settlement eval | WP |
| 078470 | | Abel to Smith | discovery docs | WP |
| 078472 | | Smith to Abel | discovery docs | WP |
| 078473 | | Smith to Abel | discovery docs | WP |
| 078476 | | Abel to Smith | discovery docs | WP |
| 078478 | 7-28-06 | Abel to Cave | info for settlement eval | WP |
| 078479 | 7-31-06 | Cave to Abel | info for settlement eval | WP |
| 078480 | | Cave to Abel | info for settlement eval | WP |
| 078482 | | Cave to Abel | info for settlement eval | WP |
| 077001 | 8-11-06 | Burns to Barth | discovery docs | A-C |
| 077003 | | Burns to Barth | discovery docs | A-C |
| 077960 | | Barth to Burns | initial disclosures info | A-C |
| 077011 | 8-17-06 | Royster to Saxon | deposition | WP |
| 077012 | | Royster to Cline | deposition | WP |
| 077013 | | Royster to Saxon | deposition | WP |
| 077017 | | Royster to Saxon | deposition | WP |
| 077022 | | Royster to Saxon | deposition | WP |
| 077962 | | Saxon to Royster | deposition | WP |

| Bates | Date | Parties | Subject | Privilege |
|---|---|---|---|---|
| 077963 | | Saxon to Royster | deposition | WP |
| 077965 | | Saxon To Royster | deposition | WP |
| 077969 | | Royster to Elliott | deposition | WP |
| 077970 | | Royster to Elliott | deposition | WP |
| 078353 | | Saxon to Coventry | deposition | WP |
| 077984 | 8-22-06 | Royster to Elliott | deposition | WP |
| 077986 | | Royster to Elliott | deposition | WP |
| 077988 | | Royster to Elliott | deposition | WP |
| 078036 | | Elliott to Royster | deposition | WP |
| 077046 | 8-23-06 | Royster to Elliott | deposition | WP |
| 077950 | | Moriarty to Elliott | deposition | WP |
| 077994 | | Royster to Elliott | deposition | WP |
| 077055 | 8-26-06 | Royster to Miller | deposition | WP |
| 077056 | | Royster to Cline | deposition | WP |
| 078010 | | Royster to Cline | deposition | A-C/P |
| 077084 | 9-7-06 | Royster to Radford | deposition | WP |
| 077085 | | Royster to Bowman | deposition | WP |
| 077088 | | Royster to Radford | deposition | WP |
| 077959 | | Radford to Royster | deposition | WP |
| 078030 | 9-9-06 | Royster to Hodge & Gupta | insurer | WP |
| 077100 | 9-11-06 | Gupta to Royster | insurer legal issues | WP |
| 077102 | | Gupta to Royster | insurer legal issues | WP |
| 078034 | | Royster to Gupta | insurer | WP |
| 077127 | 9-15-06 | Gupta to Royster | insurer legal issues | WP |
| 078093 | | Royster To Gupta | insurer | WP |
| 078425 | 9-18-06 | Abel to Barth | depositions | WP |
| 078450 | | Barth to Abel | mediation | WP |
| 077150 | 9-25-06 | Royster to Bowman | deposition | WP |
| 077151 | | Royster to Radford | deposition | WP |
| 078455 | 9-26-06 | Abel to Abel | legal issues | A-C/P |
| 077158 | 9-27-06 | Burns to Barth | discovery docs | A-C |
| 077161 | | Wihebrink to Woodruff | discovery docs | WP |
| 078074 | | Barth to Burns | discovery docs | A-C |

| | | | | |
|---|---|---|---|---|
| 077162 | 9-28-06 | Woodruff to Wihebrink | discovery docs | WP |
| 077163 | | Wihebrink to Woodruff | discovery docs | WP |
| 078046 | | Barth to Burns | discovery docs | A-C |
| 078048 | | Woodruff to Wihebrink | discovery docs | WP |
| 078485 | | Abel to Adamson | discovery docs | WP |
| 078486 | | Adamson to Abel | discovery docs | WP |
| 078487 | | Abel to Adamson | discovery docs | WP |
| 077164 | 10-2-06 | Wihebrink to Woodruff | discovery docs | WP |
| 077175 | 10-7-06 | Royster to Radford | deposition | A-C/P |
| 077176 | | Royster to Bowman | deposition | WP |
| 077183 | 10-9-06 | Wihebrink to Woodruff | discovery docs | WP |
| 077186 | | Royster to Radford | deposition | WP |
| 078045 | | Radford to Royster | deposition | WP |
| 077187 | 10-10-06 | Woodruff to Wihebrink | discovery docs | WP |
| 077211 | 10-23-06 | Royster to Radford | deposition | WP |
| 078143 | | Radford to Royster | deposition | WP |
| 078145 | | Radford to Royster | deposition | WP |
| 078461 | 10-27-06 | Abel to Rogers | mediation | WP |
| 077283 | 11-3-06 | Moriarty to Abel/Silva | deposition | WP |
| 077286 | | Moriarty to Radford | deposition | WP |
| 077287 | | Moriarty to Radford | deposition | WP |
| 078196 | | Radford to Moriarty | deposition | WP |
| 078197 | | Radford to Moriarty | deposition | WP |
| 078463 | 11-6-06 | Abel to Rogers | deposition | WP |
| 078359 | 11-8-06 | Abel to Gosney | discovery docs | WP |
| 078360 | | Gosney to Abel | discovery docs | A-C |
| 078361 | | Abel to Gosney | discovery docs | WP |
| 078429 | | Abel to Rogers | depos info | WP |
| 078488 | | Gosney to Abel | discovery docs | WP |
| 078489 | | Abel to Gosney | discovery docs | WP |
| 078199 | 11-9-06 | Radford to Jackson | deposition | A-C |
| 078362 | | Gosney to Abel | discovery docs | WP |
| 078364 | | Abel to Gosney | discovery docs | WP |
| 078366 | | Gosney to Abel | discovery docs | WP |

| Bates | Date | Parties | Type | Priv |
|---|---|---|---|---|
| 077324 | 11-13-06 | Abel to O'D/Whitesell | discovery docs | WP |
| 077332 | 11-15-06 | Moriarty to Radford | deposition | WP |
| 078198 |  | Radford to Moriarty | deposition | WP |
| 078368 | 11-20-06 | Woodruff to Abel | discovery docs | WP |
| 078370 |  | Abel to Woodruff & Elliott | discovery docs | WP |
| 078372 | 11-21-06 | Elliott to Abel | discovery docs | WP |
| 078374 |  | Abel to Elliott | discovery docs | WP |
| 078376 |  | Radford to Abel | discovery docs | WP |
| 077365 | 11-29-06 | Radford to Moriarty | deposition | WP |
| 078241 |  | Moriarty to Radford | deposition | WP |
| 077375 | 11-30-06 | Campbell to Lemert/Turner | discovery docs | A-C |
| 078377 | 12-1-06 | Gosney to Abel | discovery docs | WP |
| 077388 | 12-4-06 | Lemert to Radford | discovery | A-C |
| 077389 |  | Lemert to Radford | discovery | A-C |
| 078245 |  | Moriarty to Radford | deposition | WP |
| 078259 |  | Radford to Lemert | discovery | A-C |
| 077394 | 12-5-06 | Radford to Moriarty | deposition | WP |
| 078254 |  | Moriarty to Barth | deposition | WP |
| 077409 | 12-13-06 | Lemert to Wihebrink/Turner | discovery | A-C |
| 077410 |  | Lemert to Barth | depositions | A-C |
| 077412 |  | Lemert to Barth | depositions | A-C |
| 077415 |  | Lemert to Barth | depositions | A-C |
| 077419 |  | Lemert to Radford | discovery | A-C |
| 077420 |  | Lemert to Radford | discovery | A-C |
| 078271 |  | Moriarty to Radford | deposition | WP |
| 078275 |  | Moriarty to Radford | deposition | WP |
| 078285 |  | Radford to Lemert | discovery | A-C |
| 078379 |  | Abel to Barth | discovery docs | WP |
| 078380 |  | Barth to McCune | discovery docs | WP |
| 078381 |  | Elliott to Barth | discovery docs | WP |
| 078382 |  | Barth to Elliott | discovery docs | WP |
| 078383 |  | Barth to Elliott | discovery docs | WP |
| 078385 |  | Barth to Abel | discovery docs | WP |
| 078386 |  | Abel to Barth | discovery docs | WP |
| 077422 | 12-14-06 | Lemert to Barth | discovery | A-C |

| Bates | Date | From/To | Type | Privilege |
|---|---|---|---|---|
| 078286 | | Radford to Lemert | discovery | A-C |
| 078309 | | Barth to Lemert | info for depos | A-C |
| 078311 | | Barth to Wihebrink | discovery docs | A-C/P |
| 078387 | | Barth to Elliott | discovery docs | WP |
| 077428 | 12-15-06 | Lemert to Barth | discovery | A-C |
| 077431 | | Wihebrink to Turner/Lemert | discovery | A-C |
| 077433 | | Lemert to Turner/Wihebrink | discovery | A-C |
| 077442 | 12-19-06 | Lemert to Barth | discovery | A-C |
| 078312 | | Barth to Lemert | discovery docs | A-C |
| 077449 | 12-22-06 | Lemert to Cline | discovery | A-C |
| 077451 | 12-29-06 | Lemert to Turner | discovery | A-C |
| 077452 | 1-2-07 | Lemert to Cline | discovery | A-C |
| 077462 | 1-4-07 | Lemert to Abel & Radford | deposition | A-C |
| 077466 | | Lemert to Radford & Abel | deposition | A-C |
| 077471 | | Abel to Lemert & Radford | deposition | A-C |
| 078288 | | Radford to Lemert & Abel | discovery | A-C |
| 078457 | | Abel to Gay | discovery docs | WP |
| 077486 | 1-8-07 | Lemert to Radford | deposition | A-C |
| 078298 | | Radford to Lemert | deposition | A-C |
| 078302 | | Radford to Lemert | deposition | A-C |
| 077493 | 1-9-07 | Lemert to Radford | deposition | A-C |
| 077499 | | Lemert to Radford | deposition | A-C |
| 078292 | | Radford to Lemert | deposition | A-C |
| 078335 | 1-10-07 | Elliott to Lemert | discovery docs | A-C |
| 078336 | 1-11-07 | Elliott to Lemert | discovery docs | A-C |
| 078337 | | Elliott to Lemert | discovery docs | A-C |
| 078393 | | Milton to Adamson | discovery docs | A-C |
| 077511 | 1-16-07 | Lemert to Cline et al | deposition | A-C |
| 077512 | | Lemert to Serafino | deposition | A-C |
| 077513 | | Lemert to Dawson | discovery | A-C |
| 077515 | | Lemert to Cline | deposition | A-C |
| 077516 | | Lemert to Turner | deposition | A-C |
| 077523 | 1-17-07 | Lemert to Dawson | discovery | A-C |

| Bates | Date | Description | Type | Privilege |
|---|---|---|---|---|
| 077525 | | Lemert to Somani | discovery | A-C |
| 078464 | | Abel to Woodruff | deposition | WP |
| 078465 | | Woodruff to Abel | deposition | WP |
| 078307 | | Dawson to Lemert | discovery | A-C |
| 077526 | 1-18-07 | Lemert to Somani | discovery | A-C |
| 077527 | | Somani to Abel | discovery | A-C |
| 078395 | | Serafino to Abel & Lemert | discovery | A-C |
| 077549 | 1-23-07 | Lemert cc/Cline, et al | deposition | A-C |
| 078430 | | Abel to Barth | info for depos | WP |
| 077557 | 1-25-07 | DeBlank to Royster | insurer | WP |
| 078396 | 1-26-07 | Abel to Milton | discovery docs | A-C |
| 077561 | 1-28-07 | Royster to DeBlank | insurer | WP |
| 077566 | 1-30-07 | DeBlank to Royster | insurer | WP |
| 077587 | 1-31-07 | Lemert to Woodruff | discovery affid | WP |
| 078399 | | Wonnacott to Woodruff | discovery | A-C |
| 078400 | | Wonnacott to Woodruff | discovery | A-C |
| 077590 | 2-2-07 | Jackson to DeBlank | insurer | WP |
| 077592 | | Royster to DeBlank | insurer | WP |
| 077612 | 2-7-07 | Lemert to Barth | discovery | A-C |
| 077613 | | Lemert to Barth | discovery | A-C |
| 077614 | | Lemert to Reg Johnson | discovery | A-C |
| 077617 | | DeBlank to Royster | insurer | WP |
| 078402 | 2-12-07 | Turner to Plummer | discovery | WP |
| 077670 | 2-20-07 | DeBlank to Royster | insurer | WP |
| 077680 | 3-5-07 | Abel cc/Barth | deposition | A-C |
| 077768 | 3-11-07 | Royster to DeBlank | insurer | WP |
| 077771 | | Royster to Wiard | litig | WP |
| 077776 | 3-12-07 | Royster to DeBlank | insurer | WP |
| 077780 | 3-13-07 | Fager to Barth | discovery | WP |

| | | | | |
|---|---|---|---|---|
| 077781 | | Fager to Barth | discovery | WP |
| 077784 | | McCune to Fager | discovery | WP |
| 077791 | | Lemert to Reg Johnson | discovery | WP |
| 077792 | | Lemert to Reg Johnson | discovery | WP |
| 078408 | | Abel to McCune | discovery | WP |
| 078410 | | McCune to Abel | discovery | WP |
| 077793 | 3-14-07 | Fager to McCune | discovery | WP |
| 077798 | | DeBlank to Royster | insurer | WP |
| 077800 | 3-17-07 | Royster to DeBlank | insurer | WP |
| 077801 | 3-19-07 | Barth to Fager | discovery | WP |
| 077803 | | Barth to Lemert | discovery | WP |
| 077805 | | Lemert to Barth | discovery | A-C |